IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01253-WYD-CBS

SCHNEIDER NATIONAL CARRIERS, INC., a Nevada corporation,
INS INSURANCE, INC. a Vermont corporation, as subrogee of MARK MOORE,

    Plaintiffs,

v.

FW FREIGHT SERVICE, INC. a/k/a FW TRANSPORTATION, INC., a Texas corporation; and
JOHN MERTON GOAD,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE
---

THIS MATTER comes before the Court on the parties' Joint Motion for Dismissal With Prejudice. The Court, having reviewed same and being fully advised in the premises, hereby

ORDERS that the Joint Motion for Dismissal With Prejudice is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney fees.

    Dated: November 3, 2008

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge